UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN VAN BUREN,<br><br>    Plaintiff,<br><br>v.<br><br>B L PARRIOTT, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00893-EPG (PC)<br><br>ORDER ON PLAINTIFF'S MOTION FOR CLARIFICATION RE: PLRA FEES<br><br>(ECF NO. 10) |

    On October 23, 2017, Irvin Buren ("Plaintiff") filed a motion for clarification regarding Prison Litigation Reform Act fees. (ECF No. 10). Plaintiff states that he settled this case and another, "as a package deal." While this case has been resolved and closed, he is still being charged the filing fee for this case, which he believes is an error. Plaintiff asks for clarification regarding the filing fee pertaining to this case.

    While Plaintiff is proceeding *in forma pauperis* (ECF No. 4), he is still required to pay the filing fee for this action. 28 U.S.C § 1915(b)(1). The fact that Plaintiff settled this case does not obviate this requirement. The filing fee is collected by the Court as payment for filing the case, and Plaintiff's case was filed. The subsequent settlement in this case does not change the fact that the case was filed.

    Accordingly, Plaintiff is still responsible for paying the filing fee for this case.
IT IS SO ORDERED.

Dated:   **May 16, 2018**         /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE